IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RITA MICHELLE HUNT        )<br>(BRACKIN),                )<br>                          )<br>    Plaintiff,           )<br>                          )          CIVIL ACTION NO.<br>    v.                    )          1:13cv104-MHT<br>                          )               (WO)<br>ARMY FLEET SUPPORT, LLC;  )<br>L-3 COMMUNICATIONS;       )<br>DON DONLEY;               )<br>PENNY WESTRICK; and       )<br>INTERNATIONAL ASSOCIATION )<br>OF MACHINISTS AND AEROSPACE )<br>WORKERS, AFL-CIO., LOCAL  )<br>LODGE NO. 2003,           )<br>                          )<br>    Defendants.           ) | |

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (doc. nos. 8, 13, 16, 19, and 23), filed by defendants Army Fleet Support, LLC, L-3 Communications, Don Donley, Penny Westrick, and International Association of Machinists and Aerospace Workers, AFL-CIO, Local Lodge No. 2003, are granted.

(2) Judgment is entered in favor of defendants Army Fleet Support, LLC, L-3 Communications, Donley, Westrick, and International Association of Machinists and Aerospace Workers, AFL-CIO, Local Lodge No. 2003 and against plaintiff Rita Michelle Hunt, with plaintiff Hunt taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Hunt, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The case is closed.

DONE, this the 18th day of March, 2014.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE